**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ANNA MELIS, | |
| Plaintiff, | Case No.: 1:25-cv-00437 |
| v. | Judge Jeffrey I. Cummings |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Daniel P. McLaughlin |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 1 | Baobaolai |
| 2 | Yinbwol Direct |
| 3 | Ammengbei |
| 4 | Amberetech-US |
| 5 | Domeca Collection |
| 6 | spring2020 |
| 9 | JXQCWY |
| 12 | YDNGF |
| 26 | Diyimean |
| 29 | AAZJSS |
| 30 | Awoscut |
| 33 | Extending in all directions |
| 34 | Karyees |
| 35 | TATASUN |
| 36 | Panyuan001 |
| 37 | pusanze |
| 38 | mengyuegz |
| 39 | Ceresa Inc |
| 40 | Primojoy |

| 42 | jinghuizteam |
|---|---|
| 43 | Ruizieng |
| 44 | Adonisaon |
| 45 | CPEI DIY Direct |
| 47 | SeBneny |
| 48 | BYNYTO |

DATED:  March 4, 2025

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on March 4, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                       */s/ Keith A. Vogt*
                                                       Keith A. Vogt